[No. 31407-6-I.  Division One.  September 6, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. DENNIS T. DORSEY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 92-1-02695-0, William L. Downing, J., entered September 14, 1992. *Affirmed* by unpublished per curiam opinion.

[No. 33205-8-I.  Division One.  September 6, 1994.]

*In the Matter of the Dependency of* R.B.

TERRY BALLARD, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 91-7-00070-9, John M. Darrah, J., entered July 16, 1993. *Affirmed* by unpublished per curiam opinion.

[No. 18185-1-II.  Division Two.  September 6, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA J. TRUEBLOOD, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 94-1-00001-6, Paula Casey, J., entered April 28, 1994. *Reversed in part* by unpublished per curiam opinion.

[No. 16282-2-II.  Division Two.  September 6, 1994.]

ROBERT J. JOHNSON, ET AL, *Appellants*, v. RONALD R. DAVIS, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Clallam County, No. 90-2-00619-3, Grant S. Meiner, J., entered July 20, 1992. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Morgan, C.J., and Seinfeld, J.